FILED

2019 MAY 23 PM 12:43

CLERK U.S. ...
CENTRAL DIST OF ...
LOS ANGELES

BY: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| V. | PLAINTIFF | 19 MJ02196 |
| Tzu Yung LIN aka Isaac Lin | | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ | DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 5-22-19  1300 Hrs  ☐ AM  ☑ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☑ Yes  ☐ No

4. Charges under which defendant has been booked:

   21 USC 841(a)(1), (b)(1)(A)(viii)

5. Offense charged is a:  ☑ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☑ No  ☐ Yes  Language: _____

7. Year of Birth: 1985

8. Defendant has retained counsel:  ☑ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Devin T.

10. Remarks (if any): Separate from Leo HU

11. Name: SA Paul Cox  (please print)

12. Office Phone Number: 908 961-0536   13. Agency: FDA-OCI

14. Signature: _____   15. Date: 5-23-19

CR-64 (05/18)                 REPORT COMMENCING CRIMINAL ACTION