FILED
CLERK, U.S. DISTRICT COURT

MAY 2 3 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 19 mJ 02196 |
| v. | |
| Tzu Yang Lin | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint

_____Louis J. Shapiro_____, Esquire, as my attorney to appear for me throughout all proceedings in this case.

_____5/23/19_____
Date

_____
Defendant's Signature

LA        CA
_____
City and State

## APPEARANCE OF COUNSEL

I, _____Louis J. Shapiro_____ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

_____5/23/19_____
Date

_____
Attorney's Signature

_____243756_____
California State Bar Number

_____1875 Century Park E. suite 700_____
Street Address

_____Los Angeles, CA 90067_____
City, State, Zip Code

_____310 734 7552_____   _____310 737 7757_____
Telephone Number          Fax Number

_____LouisJShapiro e gmail.com_____
E-mail Address

CR-14 (01/07)                    DESIGNATION AND APPEARANCE OF COUNSEL