
# United States Probation & Pretrial Services

United States District Court
Central District of California



Michelle A. Carey
Chief Probation & Pretrial Services Officer

Douglas B. Bys
Deputy Chief Probation & Pretrial Services Officer



FILED
CLERK, U.S. DISTRICT COURT
MAY 23 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

## Passport Receipt

Defendant's Name: Lin, Tzu Yang

Name on passport, if different:

Country of Origin: United States

Date passport issued: January 7, 2016

Expiration date of passport: January 6, 2026

Ordered by court in the Central District of California or
Docket Number 2019M02196-1

_Luis Shapiro_
**Surrendered By**

_5/23/19_
**Date**

_Amy Kerbeck / Kevin_
**Received By**

_5/23/19_
**Date**

_____
**Returned To**

_____
**Date**

_____
**Returned By**

_____
**Date**

**Purpose Returned**
**Address (if mailed)**

**Headquarters**

Edward R. Roybal Federal Building
and U.S. Courthouse
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-3332
213-894-4726 / FAX 213-894-0231

**Riverside Branch**

George E. Brown, Jr. Federal Building
and U.S. Courthouse
3470 Twelfth Street, Suite 161
Riverside, CA 92501-3801
951-328-4490 / FAX 951-328-4489

**Santa Ana Branch**

Ronald Reagan Federal Building
and U.S. Courthouse
411 West Fourth Street, Suite 4070
Santa Ana, CA 92701-4596
714-338-4550 / FAX 714-338-4570