# United States Probation & Pretrial Services

United States District Court
Central District of California



Michelle A. Carey
Chief Probation & Pretrial Services Officer

Douglas B. Bys
Deputy Chief Probation & Pretrial Services Officer

## Passport Receipt

Defendant's Name: Lin Tzu-Yang

Name on passport, if different: AKA - Lin, Issac

Country of Origin: Republic of China

Date passport issued: May 23, 2018

Expiration date of passport: May 23, 2028

Ordered by court in the Central District of California or

Docket Number: 2:19MO2196-1

```
FILED
CLERK, U.S. DISTRICT COURT
MAY 23 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                     DEPUTY
```

Louis Shapiro                     5/23/19
Surrendered By                    Date

Kenbeck Akulu                     5/23/19
Received By                       Date

_____             _____
Returned To                       Date

_____             _____
Returned By                       Date

Purpose Returned

Address (if mailed)

### Headquarters
Edward R. Roybal Federal Building
and U.S. Courthouse
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-3332
213-894-4726 / FAX 213-894-0231

### Riverside Branch
George E. Brown, Jr. Federal Building
and U.S. Courthouse
3470 Twelfth Street, Suite 161
Riverside, CA 92501-3801
951-328-4490 / FAX 951-328-4489

### Santa Ana Branch
Ronald Reagan Federal Building
and U.S. Courthouse
411 West Fourth Street, Suite 4070
Santa Ana, CA 92701-4596
714-338-4550 / FAX 714-338-4570