

FILED
CLERK, U.S. DISTRICT COURT
MAY 23 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF v. | 19mJ0 2196-1 |
| Tzu Yang Lin   DEFENDANT. | DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |

I, _____Tzu Yang Lin_____, declare that
*(Defendant/Material Witness)*

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☐ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☒ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __23rd__ day of __May__, 20__19__
at _____
*(City and State)*

_____
*Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:
I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this form from English into _____
to declarant _____ on this date.

Date: _____

*Interpreter*

CR-37 (05/15)          DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS