```
                          FILED
                 CLERK, U.S. DISTRICT COURT

                       JUN 21 2019

                 CENTRAL DISTRICT OF CALIFORNIA
                 BY                     DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR 19-0366 |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Possession with Intent to Distribute Methamphetamine] |
| TZU YANG LIN, | |
| Defendant. | |

The United States Attorney charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about May 22, 2019, in Los Angeles County, within the Central District of California, defendant TZU YANG LIN knowingly and intentionally possessed with intent to distribute at least 500 grams,

//
//
//
//
//
//
//
//

that is, approximately 52.75 kilograms, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

CAROL A. CHEN
Assistant United States Attorney
Chief, International Narcotics,
 Money Laundering, & Racketeering
 Section

SHAWN J. NELSON
Assistant United States Attorney
Deputy Chief, International Narcotics,
 Money Laundering, & Racketeering
 Section

MICHAEL G. FREEDMAN
Assistant United States Attorney
 International Narcotics, Money
 Laundering, & Racketeering
 Section