FILED
CLERK, U.S. DISTRICT COURT
JUN 21 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            PLAINTIFF<br><br>        v.<br><br>TZU YANG LIN,<br><br>            DEFENDANT(S) | CASE NUMBER<br><br>CR No. CR 19-0366<br><br>NOTICE TO COURT OF<br>RELATED CRIMINAL CASE<br><br>(PURSUANT TO GENERAL ORDER 14-03) |
|---|---|

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Leo Hu,</u> which:

_____  was previously assigned to;

\_\_x\_\_  has not been previously assigned.

The above-entitled cases may be related for the following reasons:

\_\_x\_\_  the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

_____  the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: June 21, 2019

_____
AUSA Michael G. Freedman
Assistant United States Attorney